**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,  :  No. 653 EAL 2019
                                                              :
             Respondent                      :
                                                              :  Petition for Allowance of Appeal
                                                              :  from the Order of the Superior Court
        v.                                           :
                                                              :
                                                              :
MARCOS RIVERA,                                  :
                                                              :
             Petitioner                        :

**ORDER**

**PER CURIAM**

    **AND NOW**, this 7th day of July, 2020, the Petition for Allowance of Appeal is **DENIED**.